# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

**HOLLIS CHADWICK SMITH,**
    Petitioner,

v.

**Case No. 6:23-cv-270-CLM-SGC**

**NICK SMITH,**
    Respondent, et al.,

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss this matter for failure to prosecute. (Doc. 5). The report and recommendation advised the petitioner of his right to object, but the court hasn't received any objections. And the deadline to object has expired.

After considering the record, including the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss petitioner's claims without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The court will enter a separate final order that closes this case.

**Done** on June 14, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE